474

No. 60025.—John D. Krummell v. United States, protest 235655–K/6202 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of wooden figures similar in all material respects to those the subject of Abstract 59010, the claim of the plaintiff was sustained.

No. 60026.—Halper Bros., Inc., et al. v. United States, protests 180965–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in United States v. Accurate Millinery Co., Roberts, Reilly & Sons, et al. (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

No. 60027.—C. J. Tower & Sons v. United States, protests 10237–K, etc. (Buffalo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the lumber is similar in all material respects to that the subject of United States v. F. W. Myers & Co., Inc. (24 C. C. P. A. 156, T. D. 48640) and F. W. Myers & Co., Inc. v. United States (73 Treas. Dec. 714, T. D. 49530), the claim of the plaintiff was sustained as to certain of the protests in question. The collector was directed to reliquidate the entries on the basis of the actual number of board feet of planed, tongued, and/or grooved lumber imported, as shown on the invoices and/or the entries covered by the said protests, or as may be calculated arithmetically from the information shown thereon. In all other respects and as to all other merchandise, the protests were overruled.